IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ------------------------------------------------------ : | |
| : | CASE NO. 1:05 CR 00480 |
| UNITED STATES OF AMERICA, : | |
| Plaintiff : | ORDER ADOPTING REPORT AND |
| : | RECOMMENDATION |
| -vs- : | |
| MICHAEL R. CLYMER, | |
| Defendant. | |
| ------------------------------------------------------ | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This matter was referred to United States Magistrate Judge Kenneth S. McHargh for the purpose of holding a supervised release violation hearing. Following the hearing, in which the defendant Michael R. Clymer was represented by counsel, the Magistrate Judge issued a report and recommendation ("R&R") and concluded that the defendant knowingly and voluntarily admitted the supervised release violation presented in the violations report. (Doc. 127). The Magistrate Judge recommended that this Court find that Mr. Clymer violated the terms of supervised release. It was advised that any objections to the Magistrate Judge's recommendation were to be filed within fourteen

days of service of the R&R, and that a failure to object would result in waiver of the right to appeal.

      Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note. In this instance, no objections have been filed. The Court, discerning no error on the face of the record, accordingly adopts the Magistrate Judge's R&R in its entirety and concludes that Mr. Clymer has violated the terms of his supervised release. The sentencing in this matter will be set in a subsequent order.

      IT IS SO ORDERED.

                                            /s/ Lesley Wells
                                       UNITED STATES DISTRICT JUDGE

Date: 17 July 2013